# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MARTIN<br>　　　　PLAINTIFF | *<br>*<br>* |
| V. | *<br>*　　CASE NO. 4:17CV00854 SWW<br>* |
| DENNIS JASON MURPHY, in his<br>individual capacity<br>　　　　DEFENDANT | *<br>*<br>* |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims pursuant to 42 U.S.C. § 1983 are DISMISSED WITH PREJDUICE, and Plaintiff's supplemental state law claims are DISMISSED WITHOUT PREJUDICE. This action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 19TH DAY OF JUNE, 2018.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE